UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FLORENCIO MATIAS JERONIMO,

      Petitioner,

    v.                            Case No.:  2:26-cv-00516-SPC-NPM

KEVIN GUTHRIE *et al.*,

      Respondants,

                                 /

## OPINION AND ORDER

Before the Court is petitioner Florencio Matias Jeronimo's Petition for Writ of Habeas Corpus (Doc. 1), the government's response (Doc. 7), and Matias Jeronimo's reply (Doc. 8).

Matias Jeronimo is a native and citizen of Guatemala who entered the United States without inspection in 2008.  On February 18, 2026, local police arrested Matias Jeronimo for a traffic violation and handed him over to Immigration and Customs Enforcement ("ICE").  ICE detained him at Alligator Alcatraz until February 25, 2026, when it transferred him to ERO El Paso Camp East Montana.  Matias Jeronimo filed this habeas action on February 25, 2026, arguing his detention without a bond hearing violated the

Immigration and Nationality Act and the Fifth Amendment.  ICE removed Matias Jeronimo the next day.[1]

The respondents argue Matias Jeronimo's habeas petition is moot. Matias Jeronimo presents several arguments against mootness, but none are successful.  The Eleventh Circuit has held, "In the immigration context,…a habeas petition filed by a subsequently deported alien who challenges not only his detention, but also his final order of removal, may survive a mootness challenge."  *Salmeron-Salmeron v. Spivey*, 926 F.3d 1283, 1290 (11th Cir. 2019).  But as in *Salmeron-Salmeron*, Matias Jeronimo's petition challenged only detention, not removal.  *See id.* ("Salmeron-Salmeron only challenged his detention, and not his final order of removal.  Thus, his habeas claim is moot.").  Matias Jeronimo's removal might have been unlawful, but that is beyond the scope of this action.  His habeas petition, which only challenged detention, is moot.  *See id.*

Accordingly, this action is **DISMISSED as moot**.  The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

---

[1] Matias Jeronimo's current location is not clear.  The government says ICE removed him to Mexico, but Matias Jeronimo—through counsel—states he was removed to Guatemala. While Matias Jeronimo's removal destination is important, it does not change the Court's analysis.  The parties agree on the material fact: Matias Jeronimo was removed from the U.S. and is no longer in ICE custody.

**DONE AND ORDERED** in Fort Myers, Florida on April 17, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record